**JOHN DOUGLAS BARR**................. California State Bar No. 40663
**TROY DOUGLAS MUDFORD**....... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs LISA LARKINS, RICHARD EDWIN KISER JR., and SHARON LARKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LARKINS, and<br>RICHARD EDWIN KISER, JR.,<br>Heirs at Law to MISTY KISER, Deceased; and<br>SHARON LARKINS, in her individual capacity<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civ. No. 2:15-CV-00379 WBS CMK<br><br>**STIPULATION, REQUEST AND ORDER FOR ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR EARLY SETTLEMENT CONFERENCE** |

**WHEREAS** the parties filed a Joint Status Report on May 21, 2015, requesting in part, that this Court set a settlement conference with a magistrate judge to explore early resolution of this case.

**WHEREAS** the Court issued a scheduling order on May 27, 2015, which was silent as to the parties' request for an early settlement conference before a magistrate judge and further vacated the Status (Pretrial Scheduling) Conference set for June 8, 2015.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation, Request and Order for Assignment to a United States Magistrate Judge for Early Settlement Conference

**THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** by the parties hereto, by and through their respective counsel, that this Court schedule an early settlement conference with the Honorable Judge Craig M. Kellison, United States Magistrate Judge on June 25, 2015 at 1:30 P.M.

Dated: June 1, 2015              BARR & MUDFORD, LLP

                                                 /s/  Troy Douglas Mudford
TROY DOUGLAS MUDFORD
Attorneys for Plaintiffs,
LISA LARKINS, RICHARD EDWIN KISER, JR
and SHARON LARKINS

Dated: June 1, 2015              UNITED STATES OF AMERICA

                                                 /s/  Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney,
UNITED STATES OF AMERICA

**IT IS HEREBY ORDERED** that this matter be set for an early settlement conference on June 25, 2015, at 1:30 PM, located at the Redding Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002, before the Honorable Craig M. Kellison, United States Magistrate Judge for the Eastern District of California.

Dated: June 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Stipulation, Request and Order for Assignment to a United States Magistrate Judge for Early Settlement Conference