**JOHN DOUGLAS BARR**................. California State Bar No. 40663
**TROY DOUGLAS MUDFORD**....... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California  96099-4390
Telephone:  (530) 243-8008    Facsimile:  (530) 243-1648

Attorneys for Plaintiffs, LISA LARKINS,
RICHARD EDWIN KISER JR., and SHARON LARKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LARKINS, and<br>RICHARD EDWIN KISER, JR.,<br>Heirs at Law to MISTY KISER, Deceased; and<br>SHARON LARKINS, in her individual capacity<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No.  2:15-CV-00379-WBS-CMK<br><br>**ORDER RE:**<br>**JOINT STATUS REPORT RE:**<br>**STATUS OF SETTLEMENT** |

**IT IS HEREBY ORDERED** that this matter be continued for 45 days.  The parties shall file their disposition documents pursuant to Local Rule 160(b) no later than <u>September 5, 2015,</u> or file a Joint Status Report by that date if settlement has not been finalized.

Dated:  July 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1

[Proposed] Order re: Joint Status Re: Settlement