**JOHN DOUGLAS BARR**................ California State Bar No. 40663
**TROY DOUGLAS MUDFORD**....... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs LISA LARKINS, RICHARD EDWIN KISER JR., and SHARON LARKINS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LARKINS, and<br>RICHARD EDWIN KISER, JR.,<br>Heirs at Law to MISTY KISER, Deceased; and<br>SHARON LARKINS, in her individual capacity<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | **Civ. No. 2:15-CV-00379 WBS CMK**<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE CASE, WITH PREJUDICE; AND ORDER THEREON** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation For Dismissal of Entire Case, With Prejudice; And Order Thereon

**TO THE COURT AND ALL PARTIES:**

This matter having been settled by the parties, it is hereby stipulated by the parties that this action may be dismissed with prejudice, with each party to bear its own costs and fees, and attorneys' fees.

Dated:  July 27, 2015          BARR & MUDFORD, LLP


 /s/   Troy Douglas Mudford
TROY DOUGLAS MUDFORD
Attorneys for Plaintiffs,
LISA LARKINS, RICHARD EDWIN KISER, JR
and SHARON LARKINS


Dated:  July 27, 2015          UNITED STATES OF AMERICA


 /s/   Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney,
UNITED STATES OF AMERICA


**IT IS SO ORDERED.**

Dated:  August 12, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation For Dismissal of Entire Case, With Prejudice; And Order Thereon